UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Mortgage 1 Incorporated<br>(A Michigan Corporation)<br>*Plaintiff,*<br><br>v.<br><br>Mortgage One Funding, LLC<br>(A Michigan Limited Liability Company)<br>*Defendant.* | )<br>)<br>)<br>) | Civil Action No. 2:25-cv-10241<br><br>Hon. Brandy R. McMillion |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

To: The Court and All Parties:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Mortgage 1 Incorporated and or their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the Defendant Mortgage One Funding, LLC.

By: *Michael B. Stewart*
Michael B. Stewart (P45318)
*Attorneys for Plaintiff*
800 Tower Drive, Ste. 610
Troy, MI 48098
Tel: (248) 594-0600
Fax: (248) 594-0610
mstewart@fishstewip.com